UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ADRIAN PADILLA OCHOA,

                        Plaintiff,

    -against-

IMPERIAL MOBILE CAR WASH INC., *et al.*,

                        Defendants.
-----------------------------------------------------------X

**ORDER ADOPTING
REPORT & RECOMMENDATION**

22-CV-4579 (RER) (MMH)

**RAMÓN E. REYES, JR., District Judge:**

      In a report and recommendation dated March 12, 2025, (ECF No. 35 (the "R&R")), Magistrate Judge Marica M. Henry recommended that the Court dismiss this matter for failure to prosecute. (*Id.*). Judge Henry advised the parties that they had 14 days from the date that R&R was received to file objections. (*Id.*). To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety, and this action is dismissed with prejudice.

      The Clerk of Court is directed to enter judgment in favor of defendants and to close this case.

SO ORDERED.

Hon. Ramón E. Reyes, Jr.
Digitally signed by Hon. Ramón E. Reyes, Jr.
Date: 2025.03.28 13:50:05 -04'00'

RAMÓN E. REYES, JR.
United States District Judge

Dated: March 28, 2025
       Brooklyn, NY